# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 05, 2018**

SEAN F. McAVOY, CLERK

Daniel Duane Dodd

*Plaintiff*

v.

Michael Obenland,

*Defendant*

Civil Action No. 4:18-cv-05146-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Petitioner's 28 U.S.C. § 2254 habeas action is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.
Petitioner's request for a stay of proceedings, ECF No. 7, is DENIED AS MOOT.
Judgment is entered in favor of Respondent.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. .

Date: 9/5/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler

*(By) Deputy Clerk*

Shelly Koegler